McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. MJ: 08-MJ-0189 GGH |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER DISMISSING COMPLAINT |
| ) | AS TO DEFENDANT MALIK MILES |
| MALIK MILES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The United States has moved pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss without prejudice the Complaint as to defendant MALIK MILES.  Good cause having been shown, leave to dismiss the Complaint as to defendant Malik Miles is **GRANTED,** and the Complaint is hereby **DISMISSED** without prejudice as to that defendant.  The Preliminary Hearing set for August 21, 2008, at 2:00 p.m. is hereby vacated as to defendant MALIK MILES.

DATED: August 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/miles0189.ord